## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 33364 |
| Algernon Meakens, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### NOTICE OF MOTION

TO:  Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on January 23, 2020 at 9:30 a.m. I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on December 16, 2019.

/s/ *Alexander Nohr*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-33364<br>Northern District of Illinois<br>Eastern Division<br>Mon Dec 16 08:02:53 CST 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| ACCEPTANCE NOW<br>5501 Headquarters Dr<br>ATTN: Acceptance Now Customer Service<br>Plano, TX 75024-5837 | ACME CONTLCU<br>13601 S PERRY<br>RIVERDALE, IL 60827-1655 | Acceptance Now<br>2900 Stonecrest Cir<br>Lithonia, GA 30038-2690 |
| Acme Continental Credit Union<br>c/o Edelstein & Edelstein, P.C.<br>3825 W. Montrose Ave.<br>Chicago, IL 60618-1016 | AmeriCash Loans, L.L.C.<br>P.O. Box 1728<br>Des Plaines, IL 60017-1728 | Americash<br>1726 W Jefferson St<br>Joliet, IL 60435-6741 |
| Arrow Head Advance<br>PO Box 6048<br>Pineridge, SD 57770-6048 | BK OF AMER<br>PO BOX 1598<br>NORFOLK, VA 23501-1598 | Brandon S. Lefkowitz<br>29777 Telegraph Rd<br>Suite 2440<br>Southfield, MI 48034-7667 |
| CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | Comcast<br>p.o. box 196<br>Newark, NJ 07101-0196 | Comet Loans<br>Tonto Apache Reservation #30<br>Payson, AZ 85541-5556 |
| Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | Green Trust Cash<br>P.O box 340<br>Hays, MT 59527-0340 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | NORTHWESTERN MEDICINE<br>C/O RONALD J. HENNINGS P.C.<br>P.O. BOX 4106<br>SAINT CHARLES, IL. 60174-9080 | Northwestern Memorial Hospital<br>251 E Huron St<br>Chicago, IL 60611-3055 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| SYNCB/CARE CREDIT<br>C/O P.O. BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/PAYPAL SMART CON<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | SYNCB/WALMART<br>Po Box 530927<br>Atlanta, GA 30353-0927 |

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

WEBBANK/FINGERHUT
7075 Flying Cloud Dr
Eden Prairie, MN 55344-3532

Alexander P Nohr
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811


Algernon Meakens
4747 S King Dr
Apt 1609
Chicago, IL 60615-1378

Jacob Comrov
The Semrad Law Firm LLC
20 S. Clark Street
Chicago, IL 60603-1810

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503


Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS
Irs Mail Stop 4100 P-3
Kansas City, MO 64999

Portfolio Recovery Associates, LLC
c/o Care Credit
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Walmart Credit Card
POB 41067
Norfolk VA 23541




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Acme Continental Credit Union

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    37
Bypassed recipients     2
Total                  39

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 33364 |
| Algernon Meakens, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Algernon Meakens, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On November 30, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On March 28, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $675.00 monthly for 36 months.

5. That Debtor has been enrolled in payroll control throughout the tenure of his case.

6. That on November 30, 2018, Debtor proposed a monthly plan payment in the amount of $485.00 per month.

7. That on December 3, 2018, a payroll control order was also filed to pay the Trustee directly out of Debtor's paychecks.

8. That on March 8, 2019, Debtor proposed an increased plan payment in the amount of $600.00 per month.

9. That on March 20, 2019, an amended payroll control order was also filed to pay the Trustee directly out of Debtor's paychecks.

10. That on March 26, 2019, Debtor proposed another increased plan payment in the amount of $675.00 per month.

11. That due to a clerical error, an amended payroll order, increasing Debtor's bi-weekly payroll deductions was not entered.

12. That when Debtor's plan payment increased, Debtor's employer was not timely to process the amended payroll order, and a delinquency accrued.

13. That, furthermore, that due to the clerical error of failure to enter another amended payroll order with the March 26, 2019 plan, an ongoing monthly delinquency in the amount of $75.00 was being accrued.

14. That on December 9, 2019, Debtor's counsel filed an amended payroll order in the amount of $675.00 to fix the error.

15. Debtor can proceed to make payments going forward.

16. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

17. Debtor is in a position to proceed with the instant case.

18. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Alexander Nohr ___*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625